FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY M. RESENDEZ, | EDCV 13-00414 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED: January 6, 2014

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE