~~WILLIAM M. KUNTZ  # 153052~~
~~Attorney at Law~~
~~4780 Arlington Avenue~~
~~Riverside, CA 92504~~
~~(951) 343-3400~~
~~Fax (951) 343-4004~~
~~E-Mail: KuntzSSlaw_@sbcglobal.net~~
~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 24 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY M. RESENDEZ, | CASE NO.: **EDCV 13-414 AN** |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED FIFTY-SIX DOLLARS and no/cents ($3,256.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: March 24, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE